```
BRIANNA DANIELLE GLOVER     OKLAHOMA TAX COMMISSIO
2309 SUNSET DR              LEGAL DIVISION
HATTIESBURG, MS 39402       P.O. BOX 53039
                           OKLAHOMA CITY, OK 73152


THOMAS C. ROLLINS, JR.      SYNCHRONY
THE ROLLINS LAW FIRM, PLLC  ATTN: BANKRUPTCY
P.O. BOX 13767              PO BOX 965060
JACKSON, MS 39236          ORLANDO, FL 32896


AFFIRM                      SYNCHRONY BANK
443 IRVING DR               ATTN: BANKRUPTCY
BURBANK, CA 91504          PO BOX 965060
                           ORLANDO, FL 32896


CAPITAL ONE                 WEOKIE FCU
ATTN: BANKRUPTCY            7600 S PENNSYLVANIA AV
PO BOX 30285               STE 300
SALT LAKE CITY, UT 84130   OKLAHOMA CITY, OK 73159


CARMAX AUTO FINANCE
ATTN: BANKRUPTCY
12800 TUCKAHOE
CREEK PKWY
RICHMAN, VA 23238


CITIBANK
CENTRALIZED BANKRUPTCY
PO BOX 790046
ST LOUIS, MO 63179


CRUNCH FITNESS
4501 HARDY ST
HATTIESBURG, MS 39402


MOHELA
ATTN: BANKRUPTCY
633 SPIRIT DR
CHESTERFIELD, MO 63005


MOHELA
ATTN: BANKRUPTCY
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005
```