Certificate Number: 17082-MSS-DE-041047424

Bankruptcy Case Number: 26-50660



17082-MSS-DE-041047424

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 2, 2026, at 10:14 o'clock AM MST, BRIANNA D GLOVER completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   June 2, 2026            By:      /s/Orsolya K Lazar

                                Name:  Orsolya K Lazar

                                Title:   Executive Director